**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ERNEST PAYTON, TOMMY HILL, MARCUS WRIGHT, DAVID UTI, JORGE SANTOYO, MAURICE MADKINS, LLEWELLYN LENARD, TONY JOHNSON, JC JOHNSON II, PERISS CRAWFORD, SUNAIR RAMCHANDANI, and JEROME BUCKNER,** | Case No.: 1:24-cv-00153 |
| Plaintiffs, | District Judge Jorge L. Alonso |
| vs. | Magistrate Judge Heather K. McShain |
| **UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,** | |
| Defendant. | |

**JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiffs and Defendant Union Pacific

Railroad Company ("Union Pacific"), by and through their undersigned counsel, respectfully file

this Joint Motion for Entry of Agreed Confidentiality Order and state as follows:

**I.**

In this suit, Plaintiffs have alleged that Union Pacific violated the Biometric Information

Privacy Act, which Union Pacific denies. Given the nature of this action, the Parties expect to

produce documents and communications and to conduct oral depositions of party and non-party

witnesses that may require the disclosure of personal and confidential information regarding

Plaintiffs and trade secrets and other confidential policies, procedures, and materials from Union

Pacific.

Page 1 of 3

**II.**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Parties respectfully submit that there is good cause to protect certain documents, testimony, discovery responses, and other materials or information produced in connection with discovery or other disclosure obligations in this action. Such protection is necessary to avoid revealing personal information, trade secrets, and other confidential research, development, or commercial information to third parties, and to ensure that such confidential materials are adequately protected throughout their use in this litigation.

**III.**

The Parties have negotiated the terms of a mutually acceptable Agreed Confidentiality Order and request the Court's entry of that Order. *See Bond v. Utreras*, 585 F.3d 1061, 1067 (7th Cir. 2009) ("Protective orders are often entered by stipulation when discovery commences."). The Agreed Confidentiality Order has been executed by counsel for the Parties and is being submitted to the Court as the proposed order on this motion.

In accordance with the Court's procedures pertaining to protective orders, the Parties are also submitting a redline showing the changes that were made to the Model Confidentiality Order.

WHEREFORE, the Parties respectfully request that the Court enter the Agreed Confidentiality Order and grant such other relief as it may deem appropriate.

Dated: November 14, 2024

*Respectfully submitted,*

ERNEST PAYTON, TOMMY HILL, MARCUS WRIGHT, DAVID UTI, JORGE SANTOYO, MAURICE MADKINS, LLEWELLYN LENARD, TONY JOHNSON, JC JOHNSON II, PERISS CRAWFORD, SUNAIR RAMCHANDANI, and JEROME BUCKNER,

*/s/ David Bizar*
David Bizar
DJC Law, PLLC
1012 W Anderson Ln
Austin, TX 78757
(512) 220-1800
dbizar@teamjustice.com

Samuel L. Eirinberg
DJC LAW, PLLC
140 S. Dearborn Street, Suite 1610
Chicago, IL 60603
Telephone: 872.804.3400
sam@teamjustice.com
sam@teamjustice.com

*Counsel for Plaintiffs*

UNION PACIFIC RAILROAD COMPANY

*/s/ Johanna Spellman*
Johanna Spellman, One of the Attorneys for Defendant Union Pacific Railroad Company

Sean M. Berkowitz (Illinois Bar No. 6209701)
 sean.berkowitz@lw.com
Johanna Spellman (Illinois Bar No. 6293851)
 johanna.spellman@lw.com
Kathryn A. Running (Illinois Bar No. 6330369)
 kathryn.running@lw.com
LATHAM & WATKINS LLP
330 N. Wabash Avenue, Ste, 2800
Chicago, IL 60611
(312) 876-7700

*Counsel for Defendant*