# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ERNEST PAYTON, TOMMY HILL, MARCUS WRIGHT, DAVID UTI, JORGE SANTOYO, MAURICE MADKINS, LLEWELLYN LENARD, TONY JOHNSON, JC JOHNSON II, PERISS CRAWFORD, SUNAIR RAMCHANDANI, and JEROME BUCKNER, | Case No. 24-cv-153 |
| | District Judge Jorge L. Alonso |
| Plaintiffs, | Magistrate Judge Heather K. McShain |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |

<u>**DECLARATION OF JEREMY T. HAYDEN**</u>

I, Jeremy T. Hayden, declare as follows:

1. I am a Principal Consultant – Premium Technology at Union Pacific Railroad Company ("Union Pacific"). I am over the age of eighteen and have knowledge of the facts stated in this declaration based on my personal knowledge. I submit this declaration in support of Union Pacific's Motion for Summary Judgment. If called upon to testify, I could and would testify consistently herewith.

2. I have worked for Union Pacific for over 17 years. Since June 17, 2024, I have held the position of Principal Consultant – Premium Technology. My responsibility in this role includes product management of software and technology to support the needs of Intermodal and Automotive operations. I am familiar with and knowledgeable about Union Pacific's intermodal facilities in Illinois, including those that previously utilized an automated gate system ("AGS").

3. The operation of Union Pacific's intermodal terminals is a complex process, requiring coordination between terminal, transportation, and third-party personnel, including domestic shippers, drayage drivers, and receivers.

4. Each day, commercial truck drivers bring shipping containers into Union Pacific's facilities, where the containers are loaded onto trains and transported to destinations around North America. Commercial truck drivers similarly pick up shipping containers that have arrived via train and load those containers onto trucks for further movement.

5. To ensure the safety and security of individuals at its facilities, its physical infrastructure, and its customers' cargo, Union Pacific verifies the identities of commercial truck drivers visiting its intermodal facilities.

6. From the fall of 2013 through 2021, Union Pacific used an AGS that included the use of finger scans to verify the identity of drivers seeking to access Union Pacific's Illinois intermodal facilities.

7. The use of finger scans was intended to promote the efficiency, safety, and security of operations at the intermodal facilities, allowing drivers to access the facilities quickly while accurately verifying they were authorized to be there.

8. Union Pacific no longer uses finger scan technology at its Illinois intermodal facilities. The use of finger scans for driver verification at Union Pacific's Illinois intermodal facilities ended by the end of 2021 and the AGS system was decommissioned in 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2025, in Omaha, Nebraska.

2

Signed by:

Jeremy T. Hayden

B30926B28B0B44D...

Jeremy T. Hayden